1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 11CR0741-LAB |
| 12                                         Plaintiff, | |
| 13          vs. | **ORDER DIRECTING GOVERNMENT TO PRODUCE TRANSCRIPT** |
| 14  DANIEL NAVARRO-CHAVEZ, | |
| 15                                         Defendant. | |

16

17      The parties have filed a Joint Application for Sentence Reduction in this case pursuant

18 to Amendment 782 of the United States Sentencing Guidelines and the provisions of 18

19 U.S.C. § 3582(c)(2). They maintain that the defendant is eligible for relief, but the record is

20 unclear and the Court is unsure of his eligibility.  In support of the Joint Application, the

21 parties have submitted a revised Sentencing Summary Chart. It represents that the

22 defendant's original sentence was not the product of a variance.  But the Court has reviewed

23 the case docket and it appears to show that the Court did vary downward from the original

24 Guidelines range when it imposed sentence.  If the Court did vary downward, that credit does

25 not count in the calculation of the defendant's revised Guidelines. *United States v. Pleasant*,

26 704 F.3d 808, 812 (9th Cir. 2013) (amended Guideline range "is derived pre-departure and

27 pre-variance.").

28

11CR0741

1    The record relating to the defendant's original sentence is ambiguous, and unless it

2 is clarified the Court can't determine whether he is eligible for § 3582(c)(2) relief.  A transcript

3 of the Court's oral pronouncement of sentence will likely clear up the confusion.  Accordingly,

4 the Government is ordered to promptly obtain a transcript of the defendant's sentencing

5 hearing and lodge it with the chambers of the undersigned judge (providing a copy to

6 defense counsel).  Action on this Application is stayed pending receipt of the sentencing

7 transcript.

8    **IT IS SO ORDERED**.

9 DATED:  August 20, 2015

**HONORABLE LARRY ALAN BURNS**
United States District Judge

11CR0741

- 2 -